No. 65695.—Eli E. Albert, Inc. *v.* United States, protest 59/16763 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the items of merchandise marked "A-2" consist of electrically operated vacuum cleaners similar in all material respects to those involved in *United States* v. *Electrolux*

*Corporation* (46 C.C.P.A. 143, C.A.D. 718), the claim of the plaintiff was sustained.